# U.S. Bankruptcy Court

## District of Colorado

| | | | |
|---|---|---|---|
| In re: | BRUCE ALAN PENMAN | ) | **Case No:**18−19464−JGR |
| | **Debtor(s)** | ) | |
| | | ) | |
| | LYNN H. MARTINEZ | ) | **Adv. Proc. No.** 19−01327−JGR |
| | **Plaintiff** | ) | |
| | | ) | |
| **v.** | THEODORE H. MERRIAM, P.C. DBA MERRIAM LAW FIRM, P.C. VELOCITY SOLUTIONS GROUP, LLC | ) | |
| | **Defendant** | ) | |

*SUMMONS IN AN ADVERSARY PROCEEDING*

***YOU ARE SUMMONED*** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| |
|---|
| *Address of Clerk* |
| *Clerk, U.S. Bankruptcy Court* |
| *District of Colorado* |
| *721 19th St.* |
| *Denver, CO 80202−2508* |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| |
|---|
| *Name and Address of Plaintiff's Attorney* |
| *Philip A. Pearlman* |
| *1700 Lincoln St.* |
| *Ste. 2000* |
| *Denver, CO 80203* |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF Y...  'O THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JU... UPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DE... AINT.

**Kenneth S. Gardner, Clerk**

**Date Issued**

**October 28, 2019**