## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUCE A. PENMAN, | ) | Case No. 18-19464 JGR |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| LYNN H. MARTINEZ, TRUSTEE, | ) | Adv. Pro. No. 19-1327-JGR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VELOCITY SOLUTIONS GROUP, LLC, | ) | |
| THEODORE H. MERRIAM, P.C. d/b/a | ) | |
| MERRIAM LAW FIRM, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT ON CONFESSION OF JUDGMENT BY DEFENDANT VELOCITY SOLUTIONS GROUP, LLC

Plaintiff Lynn H. Martinez, trustee ("**Trustee**"), by and through her undersigned counsel, hereby moves for entry of judgment against Defendant Velocity Solutions Group, LLC, based on the attached Confession of Judgment, executed by the Trustee on behalf of the bankruptcy estate, which is the sole member of Defendant Velocity Solutions Group, Inc.  In support hereof, the Trustee states as follows:

1.     In this proceeding, the Trustee seeks to recover $10,000.00 from Defendant Theodore H. Merriam, P.C., d/b/a/ Merriam Law Firms, P.C. ("**Merriam**").  Among other things, the Trustee contends that the Debtor fraudulently transferred $10,000.00 to Merriam by means of a "cashier's check scheme" the Debtor devised to avoid his judgment creditors.

2.     The $10,000.00 was transferred to Merriam by means of two $5,000.00 cashier's checks issued by Guaranty Bank & Trust.  One of the checks was issued from an account in the name of the Debtor, Bruce Penman.  The other check was issued from an account in the name of Velocity Solutions Group, Inc. ("**Velocity**").

3.     In regard to the $5,000.00 check from Velocity, the Trustee contends that the Debtor fraudulently transferred $18,325.10 to Velocity and then caused Velocity to immediately transfer $5,000.00 of the $18,325.10 to Merriam.  Thus, the Trustee contends that Merriam is a subsequent transferee of a portion of the $18,325.10 fraudulent transfer to Velocity.  (Complaint, First Claim for Relief.)

4.      Trustees in the Tenth Circuit must comply with *In re Slack-Horner Foundries Co.*, 971 F.2d 577 (10th Cir. 1992), which holds that a trustee cannot successfully pursue a claim against a subsequent transferee of a fraudulent transfer, unless the trustee has already avoided the fraudulent transfer to the initial transferee. *Id.* at 580. *See also In re Atna Res., Inc.*, No. 17-CV-02363-REB, 2019 WL 3562065, at *5 (D. Colo. Aug. 6, 2019) (adopting this Court's December 14, 2018, ruling in Adv. Pro. No. 17-1160).

5.      Velocity is defunct and deeply insolvent. The Trustee has no hope of recovering any monetary judgment she may obtain against Velocity. Nevertheless, in order to satisfy the requirement of *Slack-Horner*, the Trustee has named Velocity as a defendant.

6.      Prior to the petition date, Velocity was wholly-owned by the Debtor. When the Debtor filed this case, his membership interest became property of the bankruptcy estate ("**Estate**"). Because the Debtor was Velocity's only member, the Estate now holds the exclusive right to control management of Velocity. *In re Albright*, 291 B.R. 538 (Bankr. D. Colo. 2003).

7.      Attached hereto is a Confession of Judgment by Defendant Velocity Solutions Group, LLC, executed by the Trustee on behalf of the Estate.

8.      The Trustee requests that the Court enter judgment against Velocity based on the Trustee's confession of judgment.

9.      However, with due regard to the interests of Merriam, the Trustee does not request that the judgment be considered "final," for purposes of F.R.C.P. 54(b) and F.R.B.P. 7054, at this time.

WHEREFORE, Plaintiff Lynn H. Martinez, trustee, prays for entry of judgment against Defendant Velocity Solutions Group, LLC, as prayed for in her First Claim for Relief, and for such other and further relief as the Court deems just.

Dated: November 12, 2019          SPENCER FANE LLP

By:     /s/ Philip A. Pearlman, Esq.
          Philip A. Pearlman, #11426
          1700 Lincoln Street, Suite 2000
          Denver, CO  80203
          Ph. (303) 839-3800
          Fax (303) 839-3838
          e-mail: ppearlman@spencerfane.com
          ATTORNEYS FOR LYNN H. MARTINEZ,
          TRUSTEE

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 12, 2019, I served by prepaid first class mail a copy of PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT ON CONFESSION OF JUDGMENT BY DEFENDANT VELOCITY SOLUTIONS GROUP, LLC and a proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

US Trustee
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO  80294-1961

Kevin A. Planegger, Attorney
Merriam Law Firm, P.C.
1625 Broadway, Suite 770
Denver, CO 80202


*/s/ Nancy Schacht*
Nancy Schacht