UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUCE A. PENMAN, | ) | Case No. 18-19464 JGR |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| LYNN H. MARTINEZ, TRUSTEE, | ) | Adv. Pro. No. 19-1327-JGR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VELOCITY SOLUTIONS GROUP, LLC, | ) | |
| THEODORE H. MERRIAM, P.C. d/b/a | ) | |
| MERRIAM LAW FIRM, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

## CONFESSION OF JUDGMENT BY
## DEFENDANT VELOCITY SOLUTIONS GROUP, LLC

Pursuant to the bankruptcy estate's rights as sole member of Defendant Velocity Solutions Group, LLC, Plaintiff Lynn H. Martinez, trustee ("**Trustee**"), hereby confesses judgment in favor of the bankruptcy estate and against Defendant Velocity Solutions Group, LLP, as prayed for in the Complaint. In support hereof, the Trustee states as follows:

1. Bruce A. Penman ("**Debtor**") filed his voluntary Chapter 7 petition on October 30, 2018 ("**Petition Date**").

2. Plaintiff Lynn H. Martinez, trustee, is the duly qualified and acting trustee of the Debtor's Chapter 7 bankruptcy estate ("**Estate**").

3. Defendant Velocity Solutions Group, LLC, f/k/a Velocity Cabling & Network Solutions, LLC ("**Velocity**"), is an Arizona limited liability company.

4. Prior to the Petition Date, the Debtor was the sole member of Velocity.

5. On the Petition Date, the Debtor's membership interest in Velocity became property of the Estate, pursuant to 11 U.S.C. § 541.

6. Because Velocity was wholly-owned by the Debtor, the Trustee now holds the exclusive right to control management of Velocity. *In re Albright*, 291 B.R. 538 (Bankr. D. Colo. 2003).

7. Although the Trustee has not, to date, removed the Debtor as manager of Velocity, the Trustee has instructed the Debtor to take no action on Velocity's behalf without prior written approval of the Trustee.

8. As evidenced by the Trustee's signature, below, the Trustee hereby exercises the Estate's managerial rights to confess judgment against Velocity as prayed for in the Complaint.

Dated: November 1, 2019      Velocity Solutions Group, LLC

*[signature]*
Lynn H. Martinez, trustee of the bankruptcy estate of Bruce A. Penman, sole member