UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| BRUCE A. PENMAN, | ) | Case No. 18-19464 JGR |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| LYNN H. MARTINEZ, TRUSTEE, | ) | Adv. Pro. No. 19-1327-JGR |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| VELOCITY SOLUTIONS GROUP, LLC, | ) | |
| THEODORE H. MERRIAM, P.C. d/b/a | ) | |
| MERRIAM LAW FIRM, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR
ENTRY OF JUDGMENT ON CONFESSION OF JUDGMENT
BY DEFENDANT VELOCITY SOLUTIONS GROUP, LLC**

Upon consideration of Plaintiff's Motion for Entry of Judgment on Confession of Judgment by Defendant Velocity Solutions Group, LLC ("**Motion**"), it is hereby ORDERED that:

1. The Motion is GRANTED;

2. JUDGMENT is hereby entered against Defendant Velocity Solutions Group, LLC on Plaintiff's First Claim for Relief in the amount of $18,325.10;

3. With due regard for the interests of Defendant Theodore H. Merriam, P.C. d/b/a Merriam Law Firm, P.C., said judgment shall not be considered final, for purposes of F.R.C.P. 54(b) and F.R.B.P. 7054, at this time; and

4. A separate form of judgment shall not be issued at this time. See F.R.C.P. 58(a) and F.R.B.P. 7058.

Dated: November 27, 2019.

BY THE COURT:

Joseph G. Rosania, Jr.
United States Bankruptcy Judge