# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUCE A. PENMAN, | ) | Case No. 18-19464 JGR |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| LYNN H. MARTINEZ, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 19-1327-JGR |
| | ) | |
| v. | ) | |
| | ) | |
| VELOCITY SOLUTIONS GROUP, LLC, | ) | |
| THEODORE H. MERRIAM, P.C. d/b/a | ) | |
| MERRIAM LAW FIRM, P.C. | ) | |

___

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER
___

Defendant, Theodore H. Merriam, P.C., d/b/a Merriam Law Firm hereby moves the Court to extend the deadline to File an Answer in this matter to December 11, 2019. In support, the Defendant states as follows:

1) Lynn Martinez, Trustee, filed the Adversary Complaint in this case on October 28, 2019.

2) The Defendant's Answer is due on or before November 27, 2019.

3) The Defendant spoke with counsel for the Trustee, and the Trustee has agreed to grant an extension for the Answer until December 11, 2019.

6) The Defendant is hopeful that the parties can reach a resolution to this matter within the next two weeks and further litigation may be unnecessary.

7) This motion is being filed for the reasons set forth above and not for any reason to delay this case.

WHEREFORE, Defendant hereby requests that the Court grant this Motion for Extension of Time, and that the Answer is due on or before December 11, 2019.

Respectfully submitted this 27th day of November, 2019.

/s/ *Kevin A. Planegger*

Kevin Planegger, Partner

**MERRIAM LAW FIRM, P.C.**
1625 Broadway, Suite 770
Denver, Colorado  80202
Phone: 303-592-5404
Fax: 303-592-5439
Email: Kevin@merriamlaw.com

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 11/27/2019 5:42:38 PM

User Information

Kevin Planegger
1625 Broadway, Suite 770
Denver
CO
80202

kevin@merriamlaw.com
303-592-5404