**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUCE A. PENMAN, | ) | Case No. 18-19464 JGR |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| LYNN H. MARTINEZ, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 19-1327-JGR |
| | ) | |
| v. | ) | |
| | ) | |
| VELOCITY SOLUTIONS GROUP, LLC, | ) | |
| THEODORE H. MERRIAM, P.C. d/b/a | ) | |
| MERRIAM LAW FIRM, P.C. | ) | |

**ORDER RE: UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO FILE ANSWER**

_____

The COURT, having reviewed Defendant Theodore Merriam, P.C.'s Unopposed

Motion for Extension of Time to Answer until December 11, 2019, hereby GRANTS the

Motion.


Dated: _____           BY THE COURT:



                                      _____
                                      Honorable Joseph G. Rosania, Jr.
                                      United States Bankruptcy Judge