United States Bankruptcy Court
District of Colorado

MARTINEZ,
    Plaintiff

Adv. Proc. No. 19-01327-JGR

VELOCITY SOLUTIONS GROUP, LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 1082-1    User: admin    Page 1 of 1    Date Rcvd: Nov 27, 2019
                    Form ID: pdf904  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.
        +Kevin A. Planegger, Esq.,   Merriam Law Firm, PC,   1625 Broadway, Ste 770,
         Denver, CO 80202-4717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:
         Philip A. Pearlman   on behalf of Plaintiff LYNN H. MARTINEZ ppearlman@spencerfane.com,
           nschacht@spencerfane.com
                                                                           TOTAL: 1

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUCE A. PENMAN, | ) | Case No. 18-19464 JGR |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| LYNN H. MARTINEZ, TRUSTEE, | ) | Adv. Pro. No. 19-1327-JGR |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| VELOCITY SOLUTIONS GROUP, LLC, | ) | |
| THEODORE H. MERRIAM, P.C. d/b/a | ) | |
| MERRIAM LAW FIRM, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR
ENTRY OF JUDGMENT ON CONFESSION OF JUDGMENT
BY DEFENDANT VELOCITY SOLUTIONS GROUP, LLC**

Upon consideration of Plaintiff's Motion for Entry of Judgment on Confession of Judgment by Defendant Velocity Solutions Group, LLC ("**Motion**"), it is hereby ORDERED that:

1. The Motion is GRANTED;

2. JUDGMENT is hereby entered against Defendant Velocity Solutions Group, LLC on Plaintiff's First Claim for Relief in the amount of $18,325.10;

3. With due regard for the interests of Defendant Theodore H. Merriam, P.C. d/b/a Merriam Law Firm, P.C., said judgment shall not be considered final, for purposes of F.R.C.P. 54(b) and F.R.B.P. 7054, at this time; and

4. A separate form of judgment shall not be issued at this time. *See* F.R.C.P. 58(a) and F.R.B.P. 7058.

Dated: November 27, 2019.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge