## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUCE A. PENMAN, | ) | Case No. 18-19464 JGR |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| LYNN H. MARTINEZ, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 19-1327-JGR |
| | ) | |
| v. | ) | |
| | ) | |
| VELOCITY SOLUTIONS GROUP, LLC, | ) | |
| THEODORE H. MERRIAM, P.C. d/b/a | ) | |
| MERRIAM LAW FIRM, P.C. | ) | |

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER
---

Defendant, Theodore H. Merriam, P.C., d/b/a Merriam Law Firm hereby moves the Court to further extend the deadline to File an Answer in this matter to December 20, 2019.  In support, the Defendant states as follows:

1) Lynn Martinez, Trustee, filed the Adversary Complaint in this case on October 28, 2019.

2) The Defendant's Answer was initially due on or before November 27, 2019.

3) The Defendant spoke with counsel for the Trustee, and the Trustee did not oppose a motion for an extension to file the Answer until December 11, 2019.

4) On November 27, 2019, the Defendant filed an unopposed Motion for Extension of Time to File Answer until December 11, 2019.

5) The Defendant's November 27, 2019 Motion for Extension of Time was filed without a proposed order; the proposed order was submitted earlier today.

6) The Defendant requires additional time to communicate with its client, Bruce Penman, regarding the Answer and a potential resolution to this adversary case.

7) The Defendant communicated with counsel for the Trustee, and the Trustee does not oppose a second motion for an extension to file the Answer until December 20, 2019.

8) This motion is being filed for the reasons set forth above and not for any reason to delay this case.

WHEREFORE, Defendant hereby requests that the Court grant this Motion for Extension of Time, and that the Answer is due on or before December 20, 2019.

Respectfully submitted this 11th day of December, 2019.

/s/ *Kevin A. Planegger*

Kevin Planegger, Partner

**MERRIAM LAW FIRM, P.C.**
1625 Broadway, Suite 770
Denver, Colorado  80202
Phone: 303-592-5404
Fax: 303-592-5439
Email: Kevin@merriamlaw.com

2

United States Bankruptcy Court - District of Colorado
Online Filing Tool Submission

Submitted: 12/11/2019 8:16:52 PM

User Information

Kevin Planegger
1625 Broadway, Suite 770
Denver
CO
80202

kevin@merriamlaw.com
303-592-5404