## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BRUCE A. PENMAN, ) | Case No. 18-19464 JGR |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| LYNN H. MARTINEZ, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | Adversary Proceeding No. 19-1327-JGR |
| ) | |
| v. ) | |
| ) | |
| VELOCITY SOLUTIONS GROUP, LLC, ) | |
| THEODORE H. MERRIAM, P.C. d/b/a ) | |
| MERRIAM LAW FIRM, P.C. ) | |

## ORDER RE: UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE ANSWER

_____

The COURT, having reviewed Defendant Theodore Merriam, P.C.'s Unopposed Motion for Extension of Time to Answer until December 20, 2019, hereby GRANTS the Motion.

Dated: _____          BY THE COURT:

_____

Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge