# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BRUCE A. PENMAN, ) | Case No. 18-19464 JGR |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| LYNN H. MARTINEZ, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | Adversary Proceeding No. 19-1327-JGR |
| ) | |
| v. ) | |
| ) | |
| VELOCITY SOLUTIONS GROUP, LLC, ) | |
| THEODORE H. MERRIAM, P.C. d/b/a ) | |
| MERRIAM LAW FIRM, P.C. ) | |

## ORDER RE: UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE ANSWER

The COURT, having reviewed Defendant Theodore Merriam, P.C.'s Unopposed Motion for Extension of Time to Answer until December 20, 2019, hereby GRANTS the Motion.

Dated:  December 13, 2019.

BY THE COURT:

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge