```
                           United States Bankruptcy Court
                                District of Colorado
MARTINEZ,
         Plaintiff                                          Adv. Proc. No. 19-01327-JGR

VELOCITY SOLUTIONS GROUP, LLC,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: admin              Page 1 of 1           Date Rcvd: Dec 13, 2019
                              Form ID: pdf904          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.
aty            +Kevin A. Planegger,   Merriam Law Firm, P.C.,   1625 Broadway,   Denver, CO 80202-4725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:
              Philip A. Pearlman    on behalf of Plaintiff LYNN H. MARTINEZ ppearlman@spencerfane.com,
               nschacht@spencerfane.com
                                                                                             TOTAL: 1

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BRUCE A. PENMAN, ) | Case No. 18-19464 JGR |
| ) | |
| Debtor. ) | |
| _____ ) | |
| ) | |
| LYNN H. MARTINEZ, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | Adversary Proceeding No. 19-1327-JGR |
| ) | |
| v. ) | |
| ) | |
| VELOCITY SOLUTIONS GROUP, LLC, ) | |
| THEODORE H. MERRIAM, P.C. d/b/a ) | |
| MERRIAM LAW FIRM, P.C. ) | |

## ORDER RE: UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE ANSWER
_____

The COURT, having reviewed Defendant Theodore Merriam, P.C.'s Unopposed Motion for Extension of Time to Answer until December 20, 2019, hereby GRANTS the Motion.

Dated:  December 13, 2019.          BY THE COURT:

                                    _____
                                    Honorable Joseph G. Rosania, Jr.
                                    United States Bankruptcy Judge