# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUCE A. PENMAN, | ) | Case No. 18-19464 JGR |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| LYNN H. MARTINEZ, TRUSTEE, | ) | Adv. Pro. No. 19-1327-JGR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VELOCITY SOLUTIONS GROUP, LLC, | ) | |
| THEODORE H. MERRIAM, P.C. d/b/a | ) | |
| MERRIAM LAW FIRM, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION FOR
## ABEYANCE OF ADVERSARY PROCEEDING

Upon consideration of the Trustee's *Motion for Abeyance of Adversary Proceeding* ("**Motion**"), it is hereby ORDERED that:

1. The Motion is GRANTED and this adversary proceeding is hereby placed in ABEYANCE; and

2. No later than sixty (60) days from the date of this Order, counsel for the Trustee shall file a status report with the Court, failing which the Court may dismiss this proceeding or take such other action as is appropriate under the circumstances then existing.

Dated: _____        BY THE COURT:


_____
Joseph G. Rosania
United States Bankruptcy Judge