**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUCE A. PENMAN, | ) | Case No. 18-19464 JGR |
| SSN: XXX-XX-9385 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING TRUSTEE'S MOTION**
**FOR APPROVAL OF PROPOSED SETTLEMENT WITH**
**THEODORE H. MERRIAM, P.C., D/B/A MERRIAM LAW FIRM, P.C.**

This matter comes before the Court for consideration of the Trustee's *Motion for Approval of Proposed Settlement with Theodore H. Merriam, P.C., d/b/a Merriam Law Firm, P.C.* ("**Motion**").

Based upon the record before the Court, and in reliance upon the Trustee's representations in the Motion, the Court FINDS that: (A) adequate notice of the Motion was given to parties in interest, (B) no objection or request for hearing has been filed in response the Motion (or, if filed, such objection or request for hearing has been overruled, withdrawn, or otherwise disposed of), and (C) the proposed settlement is fair and equitable and in the best interests of the bankruptcy estate.

Accordingly, it is hereby ORDERED that:

1. The Motion is GRANTED; and

2. The parties' Settlement Agreement, a copy of which is attached to the Motion, is APPROVED.

Dated:  January 27, 2020.              BY THE COURT:

                                                                    _____
                                                                    Joseph G. Rosania, Jr.
                                                                    United States Bankruptcy Judge