# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUCE A. PENMAN, | ) | Case No. 18-19464 JGR |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| LYNN H. MARTINEZ, TRUSTEE, | ) | Adv. Pro. No. 19-1327-JGR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VELOCITY SOLUTIONS GROUP, LLC, | ) | |
| THEODORE H. MERRIAM, P.C. d/b/a | ) | |
| MERRIAM LAW FIRM, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT THEODORE H. MERRIAM, P.C., D/B/A MERRIAM LAW FIRM, P.C., AND FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT VELOCITY SOLUTIONS GROUP, LLC

Plaintiff Lynn H. Martinez, trustee ("**Trustee**"), by and through her undersigned counsel, hereby moves to dismiss all claims against Defendant Theodore H. Merriam, P.C., d/b/a Merriam Law Firm, P.C., and for entry of final judgment against Defendant Velocity Solutions Group, LLC. In support hereof, the Trustee states as follows:

1. On October 28, 2019, the Trustee commenced this adversary proceeding against Velocity Solutions Group, LLC ("**Velocity**") and Theodore H. Merriam, P.C., d/b/a Merriam Law Firm, P.C., ("**Merriam Law**").

2. The principal defendant herein is Merriam Law. The sole reason Velocity was named as a defendant was to satisfy the requirement set forth in *In re Slack-Horner Foundries Co.*, 971 F.2d 577 (10th Cir. 1992). On November 27, 2019, the Court entered an <u>interlocutory</u> judgment against Velocity (Adv. Doc. No. 5).

3. On or about December 20, 2019, the Trustee and Merriam Law entered into a settlement agreement ("**Settlement Agreement**"). On January 27, 2020, the Court entered an Order, in the main case, approving the Settlement Agreement.

4. The Settlement Agreement provided that Merriam Law would make a payment to the Trustee in exchange for the Trustee's agreement to dismiss all claims against Merriam Law.

5. Merriam Law timely made the payment required by the Settlement Agreement. Accordingly, the Trustee hereby moves for dismissal of all claims against Merriam Law, with prejudice, the parties to bear their own costs and attorney's fees.

6. As noted, on November 27, 2019, the Court entered judgment against Velocity on an interlocutory basis. The reason final judgment was not entered was explained in ¶3 of the November 27, 2019 order, as follows:

> 3. With due regard for the interests of Defendant Theodore H. Merriam, P.C., d/b/a Merriam Law Firm, P.C., said judgment [against Velocity] shall not be considered final, for purposes of F.R.C.P. 54(b) and F.R.B.P., at this time[.]

7. In light of the dismissal of all claims against Merriam Law, there is no further reason to delay entry of final judgment against Velocity. Accordingly, the Trustee requests that the Court enter final judgment against Velocity, in the amount of $18,325.10, at this time.

WHEREFORE, Lynn H. Martinez, trustee, prays for (1) dismissal of all claims against Defendant Theodore H. Merriam, P.C., d/b/a Merriam Law Firm, P.C., with prejudice, the parties to bear their own costs and attorney's fees, (2) entry of final judgment against Defendant Velocity Solutions Group, LLC, in the amount of $18,325.10, and (3) such other and further relief as is just.

Dated: February 21, 2020        SPENCER FANE LLP

By: */s/ Philip A. Pearlman, Esq.*
Philip A. Pearlman, #11426
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Ph. (303) 839-3800
Fax (303) 839-3838
e-mail: ppearlman@spencerfane.com
ATTORNEYS FOR LYNN H. MARTINEZ, TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 21, 2020, I served by prepaid first class mail a copy of the foregoing MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT THEODORE H. MERRIAM, P.C., D/B/A MERRIAM LAW FIRM, P.C., AND FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT VELOCITY SOLUTIONS GROUP, LLC and proposed Order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

US Trustee
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294-1961

Kevin A. Planegger, Esq.
Merriam Law Firm, P.C.
1625 Broadway, Suite 770
Denver, CO 80202

*/s/ Nancy Schacht*
Nancy Schacht