## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUCE A. PENMAN, | ) | Case No. 18-19464 JGR |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| LYNN H. MARTINEZ, TRUSTEE, | ) | Adv. Pro. No. 19-1327-JGR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VELOCITY SOLUTIONS GROUP, LLC, | ) | |
| THEODORE H. MERRIAM, P.C. d/b/a | ) | |
| MERRIAM LAW FIRM, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the *Order Granting Trustee's Motion to Dismiss all Claims against Defendant Theodore H. Merriam, P.C., d/b/a Merriam Law Firm, P.C., and for Entry of Final Judgment against Velocity Solutions Group, LLC* ("**Motion**"), it is hereby ORDERED that final judgment is entered in favor of Lynn H. Martinez, trustee and against Velocity Solutions Group, LLC in the amount of $18,325.10.

FOR THE COURT:

Kenneth S. Gardner, Clerk

By: _____
   Deputy Clerk

APPROVED AND ACCEPTED:

_____
By: Joseph G. Rosania, Jr. Judge
   United States Bankruptcy Court