# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUCE A. PENMAN, | ) | Case No. 18-19464 JGR |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| LYNN H. MARTINEZ, TRUSTEE, | ) | Adv. Pro. No. 19-1327-JGR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VELOCITY SOLUTIONS GROUP, LLC, | ) | |
| THEODORE H. MERRIAM, P.C. d/b/a | ) | |
| MERRIAM LAW FIRM, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING TRUSTEE'S MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT THEODORE H. MERRIAM, P.C., D/B/A MERRIAM LAW FIRM, P.C., AND FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT VELOCITY SOLUTIONS GROUP, LLC

Upon consideration of the Trustee's *Motion to Dismiss all Claims against Defendant Theodore H. Merriam, P.C., d/b/a Merriam Law Firm, P.C., and for Entry of Final Judgment against Defendant Velocity Solutions Group, LLC* ("**Motion**"), it is hereby ORDERED that:

1. The Motion is GRANTED;

2. All claims asserted in this proceeding against Defendant Theodore H. Merriam, P.C., d/b/a Merriam Law Firm, P.C., are DISMISSED, with prejudice, the parties to bear their own costs and attorney's fees; and

3. The interlocutory judgment entered against Defendant Velocity Solutions Group, LLC on November 27, 2019, is DEEMED a final judgment, and a separate form of judgment against Velocity Solutions Group, LLC, in the amount of $18,325.10, shall be entered.

Date: February 25, 2020.

BY THE COURT:

Joseph G. Rosania, Jr.
United States Bankruptcy Judge