UNITED STATES BANKRUPTCY COURT
District of Colorado

---

In re: Bruce Alan Penman
     Debtor(s),

Bankruptcy Case No.: 18-19464-JGR
Chapter: 7

MARTINEZ

                Plaintiff,

    v.

VELOCITY SOLUTIONS GROUP, LLC

                Defendant.

Adversary No.: 19-1327-JGR

---

NOTICE OF ENTRY ON DOCKET

NOTICE IS HEREBY GIVEN pursuant to Fed.R.B.P. 9022, that the following Judgment was entered on the docket of the above case on 2/25/2020:

In accordance with the Order Granting Trustee's Motion to Dismiss all Claims against Defendant Theodore H. Merriam, P.C., d/b/a Merriam Law Firm, P.C., and for Entry of Final Judgment against Velocity Solutions Group, LLC ("Motion"), it is hereby ORDERED that final judgment is entered in favor of Lynn H. Martinez, trustee and against Velocity Solutions Group, LLC in the amount of $18,325.10.

                                          FOR THE COURT:
                                          Kenneth S. Gardner, Clerk